UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SILVERADO ENTERPRISES, INC. d/b/a TOTEM TOWING, a Washington corporation, and the TOWING and RECOVERY ASSOCIATION of Washington, a Washington corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE, a municipal corporation,<br><br>Defendant. | No.<br><br>**DEFENDANT CITY OF SEATTLE'S NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT**<br><br>KING COUNTY SUPERIOR COURT CAUSE NO. 12-2-37275-6KNT |

**TO: Clerk of the above entitled court; and**

**TO: Silverado Enterprises Inc. d/b/a Totem Towing and The Towing and Recovery Association, Plaintiffs above-named, and their counsel, Philip A. Talmadge:**

Defendant City of Seattle hereby provides notice of the removal of this action from the Superior Court of the State of Washington for King County to the United States District Court for the Western District of Washington at Seattle, pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446.



**Peter S. Holmes**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

The grounds for removal are as follows:

1. This action was filed in the Superior Court of the State of Washington for King County, Cause No. 12-2-37275-6KNT, on November 19, 2012.

2. On December 20, 2012, plaintiff served the City of Seattle with the Summons, Complaint for Declaratory Judgment and Injunctive Relief, and Order Setting Civil Case Schedule.

3. This Notice of Removal has been filed within thirty (30) days of service on the City of the Complaint setting forth claims arising under federal law, and is therefore timely. 28 U.S.C. § 1446(b).

4. Plaintiff's Complaint alleges that City ordinance 123997 is preempted by federal law under 49 U.S.C § 14501(c)(2), and state law under article XI, § 11 of the Washington Constitution and RCW 46.55.240. Jurisdiction in this Court is based on federal subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction pursuant to 28 U.S.C. § 1367. As such, this action is a proper one for removal to United States District Court pursuant to 28 U.S.C. § 1441(a).

5. This Court is the United States District Court of the United States for the district and division embracing the place where the state court action is currently pending, and is therefore the appropriate court for removal. 28 U.S.C. § 1441(a).

6. Written notice of the filing of this Notice of Removal will be served on counsel for plaintiff, and a copy of this Notice will be filed with the Clerk of the Superior Court of the State of Washington for King County, as required by 28 U.S.C. § 1446(d).

7. True and correct copies of all process, pleadings and orders served upon the City are attached hereto as Exhibit A, as required by 28 U.S.C. § 1446(a).



**Peter S. Holmes**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

DATED this 9th day of January, 2013.

PETER S. HOLMES
Seattle City Attorney

By: /s/ Carlton W.M. Seu
Carlton Seu, WSBA #26830
Assistant City Attorney
Ph: (206) 733-9390
carlton.seu@seattle.gov

By: /s/ Jeff Slayton
Jeff Slayton, WSBA #14215
Assistant City Attorney
Ph: (206) 233-2154
jeff.slayton@seattle.gov

By: /s/ Sara O'Connor-Kriss
Sara O'Connor-Kriss, WSBA #41569
Assistant City Attorney
Ph: (206) 615-0788
sara.oconnor-kriss@seattle.gov

Seattle City Attorney's Office
P.O. Box 94769
600 Fourth Ave., 4th Floor
Seattle, WA 98124-4769
Fax: (206) 684-8284

Attorneys for Defendants
City of Seattle



**Peter S. Holmes**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

# EXHIBIT A

RECEIVED
12 DEC 20 AM 11:59

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY

| | |
|---|---|
| SILVERADO ENTERPRISES, INC. d/b/a TOTEM TOWING, a Washington corporation, and the TOWING and RECOVERY ASSOCIATION of Washington, a Washington corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE, a municipal corporation,<br><br>Defendant. | NO. 12-2-37275-6KNT<br><br>SUMMONS |

TO THE DEFENDANT:

A lawsuit has been started against you in the above-entitled court by Silverado Enterprises, Inc. d/b/a Totem Towing, a Washington corporation and the Towing and Recovery Association of Washington, a Washington corporation, plaintiffs. Plaintiffs' claims are stated in the written complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and by serving a copy upon the person signing this summons within 20 days after the service of this summons, excluding the date of service, or a default judgment may be entered against you without notice. A default judgment is one where plaintiffs are entitled to



Talmadge/Fitzpatrick
18010 Southcenter Parkway
Tukwila, Washington 98188-4630
(206) 574-6661 (206) 575-1397 Fax

what they ask for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

You may demand that the plaintiffs file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the person signing this summons. Within 14 days after you serve the demand, the plaintiffs must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This summons is issued pursuant to rule 4 of the Superior Court Civil Rules of the State of Washington.

Dated this 16th day of November, 2012.

Philip A. Talmadge

Philip A. Talmadge, WSBA #6973
Thomas M. Fitzpatrick, WSBA #8894
Talmadge/Fitzpatrick
18010 Southcenter Parkway
Tukwila, WA 98188-4630
(206) 574-6661
Attorneys for Plaintiffs

RECEIVED
12 DEC 20 AM 11:59
CITY OF SEATTLE
MAYOR'S OFFICE

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY

| | |
|---|---|
| SILVERADO ENTERPRISES, INC. d/b/a TOTEM TOWING, a Washington corporation, and the TOWING and RECOVERY ASSOCIATION of Washington, a Washington corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE, a municipal corporation,<br><br>Defendant. | NO. 12-2-37275-6KNT<br><br>COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF |

COME NOW the plaintiffs and allege as follows:

A. Nature of Action

1. This is an action seeking a declaratory judgment and injunctive relief with respect to Ordinance 123997 adopted by the City of Seattle ("City"). That Ordinance purports to regulate nonconsensual towing despite the extensive regulation of such practices in RCW 46.55. This Court should rule that Ordinance 123997 is preempted under federal and state law as set forth herein.

B. The Parties

2. Silverado Enterprises, Inc. is a corporation organized under the laws of the State of Washington doing business as Totem Towing. It provides towing services. The Towing and



Talmadge/Fitzpatrick
18010 Southcenter Parkway
Tukwila, Washington 98188-4630
(206) 574-6661 (206) 575-1397 Fax

Recovery Association ("TRAW") is a corporation organized under the laws of the State of Washington. It is a trade association for Washington's towing industry.

3. The City of Seattle is a municipal corporation organized under the laws of the State of Washington.

C. Jurisdiction And Venue

4. This Court has jurisdiction over the parties and the subject matter pursuant to RCW 7.24.020 and RCW 7.40.010. Venue is proper in this Court pursuant to RCW 4.12.025.

5. The plaintiffs have standing to bring this action because their rights and legal relations and those of TRAW's members are adversely affected by the City's Ordinance 123997.

D. Ordinance 123997

6. The ordinance asserts in its preamble (§ 1) that its intent is to address predatory towing practices and to prevent the charging of unwarranted or excessive fees in connection with nonconsensual towing and impounding of vehicles. Seattle Municipal Code ("SMC") § 6.214.200 defines private, or nonconsensual, towing as one in which a "vehicle has been impounded at the direction of a person having control or possession of the private property upon which the vehicle was located."

7. The ordinance requires towing companies operating in Seattle to have a valid towing company license as required by SMC §§ 6.214.270-.280 in addition to the registration certificate required by RCW 46.55.020. State law does not authorize the City to establish such a license, nor does it authorize the process for license denial, suspension or revocation set forth in SMC §§ 6.214.300, .310, or .320. Similarly, no state authority has been conferred on the City to operate a complaint process as set forth in SMC § 6.214.340.



Talmadge/Fitzpatrick
18010 Southcenter Parkway
Tukwila, Washington 98188-4630
(206) 574-6661 (206) 575-1397 Fax

8. The City's application for a towing company license requires the submission of extensive information in excess of that required by RCW 46.55.030.

9. The ordinance imposes a maximum fee for various services in SMC § 6.214.220 when state law in RCW 46.55.063 only requires that a towing company register its rates with the Washington State Department of Licensing. RCW 46.55.037 also provides that a towing company may receive additional compensation from a private property owner for an impound of a vehicle "that has an approximate fair market value equal only to the approximate value of the scrap in it." The ordinance does not address this statute.

10. The ordinance imposes requirements for the towing of private vehicles from private property including consent (SMC § 6.214.230A), the taking of digital photographs (SMC § 6.214.230A.5), and the issuance of receipts for services provided (SMC§ 6.214.240) that are not required by, or contrary to, state law.

11. The ordinance requires towing companies to maintain records pursuant to SMC § 6.214.250 in a fashion not required by state law.

12. The ordinance establishes an impound fee in SMC § 6.214.350 not authorized by state law.

E. <u>State Law on Preemption</u>

13. Article XI, § 11 of the Washington Constitution authorizes a local government like the City to make such "local police, sanitary and other regulations as are not in conflict with general laws." RCW 46.55 comprehensively addresses nonconsensual towing fully occupying the field for the regulation of such practices.



Talmadge/Fitzpatrick
18010 Southcenter Parkway
Tukwila, Washington 98188-4630
(206) 574-6661 (206) 575-1397 Fax

14. RCW 46.55.240 requires any local ordinance to "include the applicable provisions of this chapter" and establishes the areas that any local ordinance dealing with towing companies may address.

15. Ordinance 123997 is contrary to article XI, § 11 and RCW 46.55.240.

F. Federal Law on Preemption

16. The Federal Aviation Administration Authorization Act, 49 U.S.C. § 14501(c)(2), preempts State statutes and local ordinances that relate to "a price, route, or service of any motor carrier. . ." That statutory preemption does not extend to safety laws, motor vehicle liability insurance laws, or the price of nonconsensual towing. 49 U.S.C. § 14501(c)(2)(A,C).

17. Ordinance 123997 is contrary to 49 U.S.C. § 14501(c)(2).

G. Claims

WHEREFORE, the plaintiffs pray as follows:

1. For a declaratory judgment that Ordinance 123997 and/or specific aspects of the ordinance are preempted under federal and state law.

2. For an injunction prohibiting the City from enforcing Ordinance 123997.

3. For a judgment for the plaintiffs' costs, including reasonable attorney fees.

4. For such other relief as the Court deems equitable and proper.

Dated this 16th day of November, 2012.

Philip A. Talmadge

Philip A. Talmadge, WSBA #6973
Thomas M. Fitzpatrick, WSBA #8894
Talmadge/Fitzpatrick
18010 Southcenter Parkway
Tukwila, WA 98188-4630
(206) 574-6661
Attorneys for Plaintiffs